**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-6570**

---

FREDERICK SHAWNEE CARTER,

Plaintiff - Appellant,

versus

LEE JONES, Gauley Bridge City Police Chief;
TOWN OF GAULEY BRIDGE, WEST VIRGINIA,

Defendants - Appellees,

and

FAYETTE COUNTY SHERIFF'S DEPARTMENT, Sheriff;
MITCH CANTERBURY, Fayette County Sheriff's
Deputy; JIM SIZEMORE, Fayette County Sheriff's
Deputy; PETE LOPEZ, Fayette County Sheriff's
Deputy; LAWRENCE WASHINGTON, Fayette County
Sheriff's Deputy; EVERETTE STEELE, Fayette
County Sheriff's Deputy; CHUCK MOSES, Fayette
County Sheriff's Deputy,

Defendants.

---

Appeal from the United States District Court for the Southern
District of West Virginia, at Beckley. David A. Faber, District
Judge. (CA-96-436-5)

---

Submitted: August 13, 1998        Decided: September 3, 1998

---

Before WIDENER and WILKINS, Circuit Judges, and HALL, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Frederick Shawnee Carter, Appellant Pro Se. Steven Paul McGowan, Jeffrey Kent Phillips, STEPTOE & JOHNSON, Charleston, West Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Carter v. Jones, No. CA-96-436-5 (S.D.W. Va. Dec. 22, 1997). Furthermore, we deny Appellant's motions for the production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2